## AUSTIN v. NICHOLS.

A writ dated 20th October 1789, to be answered on the 30th of October next, is October twelve month.

ERROR to reverse a judgment of a justice. Nichols sued Austin before a justice by writ dated the 20th of October A. D. 1789, and summoned him to answer on the 30th of Octo- ber next; and judgment was rendered on the 30th of October A. D. 1789.

---

Clark et al. v. Turner.

---

Error assigned — That the defendant was summoned to appear on the 30th October A. D. 1790.

Judgment — Manifest error; for the word next has relation to the month, which would be October twelve months from the date of the writ.